DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT BRAUN,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and
**FAUSTINA BRAUN,**
Appellees.

No. 4D19-3285

[March 26, 2020]

Administrative appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; L.T. Case No. CSE #50190700765CA.

Robert Braun, Riviera Beach, pro se.

Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*